# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> JESUS SOTO-OZUNA <br> A/K/A "NERI," A/K/A "CHUY" <br> Date of Original Judgment: 04/18/2013 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) ) ) ) ) ) ) Case No: 1:11CR0025-002 <br> USM No: 09944-028 <br> Sara Varner <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** 188 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a binding plea agreement, and the reduced sentence is comparably less than the amended guideline range.

Except as otherwise provided, all provisions of the judgment dated 04/18/2013 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/3/2018

*Judge's signature*

Effective Date:

Honorable Tanya Walton Pratt, Judge
*Printed name and title*

*(if different from order date)*

A CERTIFIED TRUE COPY <br> Laura A. Briggs, Clerk <br> U.S. District Court <br> Southern District of Indiana <br> By _____ Deputy Clerk